RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
AUG 19 2026
DANIEL J. McCOY, CLERK
BY:

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

UNITED STATES OF AMERICA

v.

NIEAMA HSNEIN AL-GHAZZAWI,

Defendant

18 U.S.C. § 371
18 U.S.C. § 1546(a)

6:26-CR-00316-01
JUDGE JOSEPH
MAGISTRATE JUDGE WHITEHURST

**INDICTMENT**

The Federal Grand Jury charges:

**GENERAL ALLEGATIONS**

At all times relevant to this Indictment:

1. The "Harakat al-Muqawamah al-Islamiyya," which translates from Arabic as "The Islamic Resistance Movement," was known by the acronym "HAMAS."

2. HAMAS, which was sometimes referred to by its followers as "The Movement," was a terrorist organization based in the West Bank and Gaza Strip that was designated by the United States Secretary of State as both a Foreign Terrorist Organization and a Specially Designated Global Terrorist Organization.

3. The Secretary of State designated the following as aliases for HAMAS: Islamic Resistance Movement, Harakat al Muqawama al-Islamiya, Students of Ayyash, Students of the Engineer, Yahya Ayyash Units, Izz Al-Din Al-Qassim Brigades, Izz Al-Din Al-Qassim Forces, Izz Al-Din Al Qassim Battalions, Izz al-Din Al Qassam Brigades, Izz al-Din Al Qassam Forces, and Izz al-Din Al Qassam Battalions.

4. The Democratic Front for the Liberation of Palestine ("DFLP") and its paramilitary wing, the National Resistance Brigades ("NRB"), were Gaza-based organizations that coordinated and cooperated with HAMAS.

5. The DFLP was designated by the Secretary of State as a Specially Designated Global Terrorist.

6. The NRB and other Palestinian militant groups were organized into a HAMAS-led, Gaza-based institution called the Joint Operations Room.

7. On October 7, 2023, HAMAS acted with others, including Gaza-based paramilitary groups DFLP and its NRB subgroup, to perpetrate a terrorist attack in the State of Israel.

8. The Defendant, **NIEAMA HSNEIN AL-GHAZZAWI**, was a citizen of the United States and married to Mahmoud Amin Ya'qub Al-Muhtadi, a/k/a "Abu Ala."

9. The husband of the Defendant, Mahmoud Amin Ya'qub Al-Muhtadi, a/k/a "Abu Ala," was a citizen of Palestine and a member of DFLP and NRB.

## COUNT 1
**Conspiracy to Commit Visa Fraud**
[18 U.S.C. § 371]

1. The General Allegations section of this Indictment is re-alleged and incorporated by reference as if fully set forth herein.

2. From on or about January 15, 2024, and continuing through on or about August 8, 2024, in the special maritime and territorial jurisdiction of the United

States and being found in the Western District of Louisiana, and elsewhere, the defendant,

**NIEAMA HSNEIN ALGHAZZAWI,**

did knowingly and willfully combine, conspire, confederate, and agree with Mahmoud Amin Ya'qub Al-Muhtadi and with other persons known and unknown to the Grand Jury to commit an offense against the United States, that is, to knowingly make under oath and did knowingly subscribe as true as permitted under penalty of perjury under Title 28, United States Code, Section 1746, any false statement with respect to a material fact in any application, affidavit, and other document required by the immigration laws or regulations prescribed thereunder, and did knowingly present any such application, affidavit, and other document which contains any such false statement, in violation of Title 18, United States Code, Section 1546(a).

**OBJECT OF THE CONSPIRACY**

1. It was the object of the conspiracy for the defendant and her co-conspirators to secure a United States residency visa for Mahmoud Amin Ya'qub Al-Muhtadi through false pretenses by (a) contacting the United States Department of State in Egypt, (b) completing immigration documentation that included a DS-260 and submitting it to the United States government, and (c) receiving a United States visa for Mahmoud Amin Ya'qub Al-Muhtadi.

**MANNER AND MEANS OF THE CONSPIRACY**

The manner and means by which the defendant and her co-conspirators sought to accomplish the objects and purpose of the conspiracy included, among other things:

2. In or around January 2024, **NIEAMA HSNEIN AL-GHAZZAWI** and her husband Mahmoud Amin Ya'qub Al-Muhtadi, who was a member of the DFLP and NRB, would travel from Palestine to Egypt for the purpose of traveling to the United States.

3. To secure funds for Mahmoud Amin Ya'qub Al-Muhtadi to apply for a United States visa and travel to the United States using that visa, **NIEAMA HSNEIN AL-GHAZZAWI** would coordinate the securing of funds and visa application process by interfacing with groups including the United States Government.

4. **NIEAMA HSNEIN AL-GHAZZAWI** would prepare an application package for Mahmoud Amin Ya'qub Al-Muhtadi to secure a United States visa, including by serving as the sponsor and preparer for Al-Muhtadi's Form DS-260 for his visa application.

## OVERT ACTS

In furtherance of the conspiracy, at least one of the conspirators committed and caused to be committed, in the Western District of Louisiana, and elsewhere, at least one of the following overt acts, among others:

1. On or about January 15, 2024, **NIEAMA HSNEIN AL-GHAZZAWI** emailed a "Visa Procedures and Passport Replacement Inquiry" to a United States Department of State inbox in which she wrote, among other things, that she was "reaching out to inquire about the visa procedures for my husband..." and stating

that she was "particularly interested in understanding the associated fees, required documents, and the expected duration of issuance."

2. On or about January 17, 2024, **NIEAMA HSNEIN AL-GHAZZAWI** emailed the company GoFundMe requesting a GoFundMe solicitation seeking visa application fees and airfare for her husband, Mahmoud Amin Ya'qub Al-Muhtadi.

3. On or about April 15, 2024, **NIEAMA HSNEIN AL-GHAZZAWI** emailed a United States Department of State inbox providing the date of birth, citizenship, and passport status of Mahmoud Amin Ya'qub Al-Muhtadi while asking "[w]hat kind of application I need," "[h]ow much the fees cost," and "[h]ow long it takes."

4. On or about April 16, 2024, **NIEAMA HSNEIN AL-GHAZZAWI** emailed a United States Department of State inbox in furtherance of securing a visa for her husband, Mahmoud Amin Ya'qub Al-Muhtadi, by providing copies of her passport, Al-Muhtadi's passport, a marriage certificate, and an apartment rental contract.

5. On or about June 26, 2024, **NIEAMA HSNEIN AL-GHAZZAWI** prepared and assisted Mahmoud Amin Ya'qub Al-Muhtadi in completing and submitting a Form DS-260 to the United States Government for Al-Muhtadi's admission to the United States via visa, in which **AL-GHAZZAWI** made false statements about Al-Muhtadi that included the following:

a. that Mahmoud Amin Ya'qub Al-Muhtadi did not have specialized skills or training, including firearms or explosives, when in truth and in fact,

and as the defendant then and there well knew, Al-Muhtadi did have specialized skills or training, including firearms or explosives, due to his longtime affiliation with the DFLP and its paramilitary wing, the NRB;

b. that Mahmoud Amin Ya'qub Al-Muhtadi had not ever served in, been a member of, or been involved with a paramilitary unit, vigilante unit, rebel group, guerilla group, or insurgent organization, when in truth and in fact, as the defendant then and there well knew, Al-Muhtadi had long been a member of DFLP and its paramilitary wing, the NRB;

c. that Mahmoud Amin Ya'qub Al-Muhtadi had never engaged in terrorist activities, when in truth and in fact, as the defendant then and there well knew, Al-Muhtadi had participated in the HAMAS-led attack against Israel on October 7, 2023;

d. Mahmoud Amin Ya'qub Al-Muhtadi had never intended to provide financial assistance or other support to terrorists or terrorist organizations, when in truth and in fact, as the defendant then and there well knew, Al-Muhtadi had provided material support to HAMAS, namely, personnel (including himself), weapons, and services by participating in the HAMAS-led attack against Israel on October 7, 2023; and

e. Mahmoud Amin Ya'qub Al-Muhtadi had not committed, ordered, incited, assisted, or otherwise participated in extrajudicial killings or other acts of violence, when in truth and in fact, as the defendant then

and there well knew, Al-Muhtadi had committed, ordered, incited, assisted, or otherwise participated in extrajudicial killings or other acts of violence through his participation in the HAMAS-led attack against Israel on October 7, 2023.

6. On or about June 26, 2024, **NIEAMA HSNEIN AL-GHAZZAWI** caused a confirmation email for Mahmoud Amin Ya'qub Al-Muhtadi's visa application to be received at her email inbox by listing her own email address alongside Al-Muhtadi's in the DS-260 as the person petitioning for Al-Muhtadi's visa.

All in violation of Title 18, United States Code, Section 371.

**COUNT 2**
**Visa Fraud**
[18 U.S.C. § 1546(a)]

1. The General Allegations section of this Indictment is re-alleged and incorporated by reference as if fully set forth herein.

2. On or about June 26, 2024, in the special maritime and territorial jurisdiction of the United States and being found in the Western District of Louisiana, and elsewhere, the defendant,

**NIEAMA HSNEIN AL-GHAZZAWI,**

did knowingly make under oath and did knowingly subscribe as true as permitted under penalty of perjury under Title 28, United States Code, Section 1746, any false statement with respect to a material fact in any application, affidavit, and other document required by the immigration laws or regulations prescribed thereunder, and did knowingly present any such application, affidavit, and other document which

contains any such false statement, that is, a Form DS-260 Immigration Visa and Alien Registration Application, in that the defendant stated in such application that:

a. Mahmoud Amin Ya'qub Al-Muhtadi did not have specialized skills or training, including firearms or explosives, when in truth and in fact, and as the defendant then and there well knew, Al-Muhtadi did have specialized skills or training, including firearms or explosives, due to his longtime affiliation with the DFLP and its paramilitary wing, the NRB;

b. Mahmoud Amin Ya'qub Al-Muhtadi had not ever served in, been a member of, or been involved with a paramilitary unit, vigilante unit, rebel group, guerilla group, or insurgent organization, when in truth and in fact, as the defendant then and there well knew, Al-Muhtadi had been a member of DFLP and its paramilitary wing, the NRB;

c. Mahmoud Amin Ya'qub Al-Muhtadi had never engaged in terrorist activities, when in truth and in fact, as the defendant then and there well knew, Al-Muhtadi had participated in the HAMAS-led attack against Israel on October 7, 2023;

d. Mahmoud Amin Ya'qub Al-Muhtadi had never intended to provide financial assistance or other support to terrorists or terrorist organizations, when in truth and in fact, as the defendant then and there well knew, Al-Muhtadi had in fact provided material support to HAMAS, namely, personnel (including himself), weapons, and services

by participating in the HAMAS-led attack against Israel on October 7, 2023; and

e. Mahmoud Amin Ya'qub Al-Muhtadi had not committed, ordered, incited, assisted, or otherwise participated in extrajudicial killings or other acts of violence, when in truth and in fact, as the defendant then and there well knew, he had committed, ordered, incited, assisted, or otherwise participated in extrajudicial killings or other acts of violence through his participation in the HAMAS-led attack against Israel on October 7, 2023,

and aided and abetted in the same, in violation of Title 18, United States Code, Sections 1546(a) and 2.

A TRU[redacted]

FOREP[redacted]ERSON

ZACHARY A. KELLER
UNITED STATES ATTORNEY

JOHN W. NICKEL
ASSISTANT UNITED STATES ATTORNEY