WESTERN DISTRICT OF LOUISIANA
AUG 1 9 2026
DANIEL J. McCOY, CLERK
BY:

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

UNITED STATES OF AMERICA

v.

NIEAMA HSNEIN AL-GHAZZAWI

Defendant

18 U.S.C. § 371
18 U.S.C. § 1546(a)

6:26-CR-00316-01
JUDGE JOSEPH
MAGISTRATE JUDGE WHITEHURST

**O R D E R**

Considering the Motion to Seal Indictment in the captioned matter,

IT IS HEREBY ORDERED AND ADJUDGED that the Indictment in this matter is hereby ORDERED sealed;

IT IS FURTHER ORDERED that ALL court personnel, including but not limited to: the Clerk of Court, U.S. Probation, and the U.S. Marshal, are hereby instructed not to reveal the existence of said Indictment to anyone, specifically including the news media and/or defense attorney(s). Nothing in this Order shall restrict law enforcement agencies or personnel from communicating information regarding this Indictment to any party for purposes related to the apprehension and arrest of the defendant;

IT IS FURTHERED ORDERED that the above captioned Indictment shall remain SEALED until ordered by the Court upon the Government's Motion to Unseal.

DONE AND SIGNED this 19th day of August, 2026, at LAFAYETTE, Louisiana.

HON. DAVID J. AYO
UNITED STATES MAGISTRATE JUDGE