**SUPPLEMENTAL MINUTE BOOK**
**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

Court convened **at 3:57 p.m.** on **Wednesday, August 19, 2026**, and adjourned at **4:04 p.m.**

PRESENT: David J. Ayo, Magistrate Judge, Presiding
Heather C. Carrasco, Minute Clerk
Recorded: Liberty Court Recorder 7
Time in Court: 07 minutes

## GRAND JURY REPORT

_X_ Final Report
_X_ Sealed Indictments ordered sealed and withheld from the public until such time as the defendants come into federal custody.

### OPEN INDICTMENTS

| CASE NUMBER | WARRANT | SUMMONS |
|---|---|---|
| 2:26-CR-00317-01*** | X | |
| 1:25-CR-00209-01** | X | |
| 2:26-CR-00322-01* | X | |
| 2:26-CR-00324-01* | X | |
| 2:26-CR-00066-01** | X | |
| 3:26-CR-00325-01 *** | X | |
| 2:26-CR-00326-01 | X | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

### SEALED INDICTMENTS

| CASE NUMBER | WARRANT | SUMMONS |
|---|---|---|
| 6:26-CR-00316-01 | X | |
| 6:26-CR-00318-01* | X | |
| 6:26-CR-00318-02 | X | |
| 1:26-CR-00319-01 | X | |
| 6:26-CR-00320-01*** | X | |
| 6:26-CR-00320-02 | X | |
| 2:26-CR-00321-01*** | X | |
| 6:26-CR-00323-01* | X | |
| 6:26-CR-00327-01 | X | |
| 6:26-CR-00076-01** | X | |
| 6:26-CR-00076-02** | X | |

| | |
|---|---|
| 6:26-CR-00076-03** | X |
| 6:26-CR-00076-04** | X |
| 6:26-CR-00076-05** | X |
| 6:26-CR-00076-06** | X |

__X__ Warrants/summons ordered issued as indicated.
__*__ In Federal Custody
__**__ Superseding Indictment
__***__ State Custody