**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 6:26-CR-00316-01** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **NIEAMA HSNEIN AL-GHAZZAWI (01)** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

# MINUTE ENTRY

The Initial Appearance and Arraignment on the indictment for the defendant (6:26-cr-00316-01), Nieama Hsnein Al-Ghazzawi, is set for 9/8/2026 at 10:00 a.m. before U.S. Magistrate Judge Carol B. Whitehurst in Courtroom 6, Lafayette, Louisiana.

THUS DONE in Chambers on this 25th day of August, 2026.

Carol B. Whitehurst
United States Magistrate Judge