**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 6:26-CR-00316-01** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **NIEAMA HSNEIN AL-GHAZZAWI (01)** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

**ORDER APPOINTING INTERPRETER**

The Court, having been satisfied that the following individual has the qualifications necessary to serve as an interpreter in this matter, it is hereby ORDERED that:

Interpreter: Rana Raad

be appointed as interpreter of the Arabic language to assist in the initial appearance, arraignment, plea negotiations, plea hearing, sentencing hearing and all other ancillary proceedings to be held in this matter. Compensation for these services shall be paid by the Government.

This appointment is made pursuant to Rule 28 of the Federal Rules of Criminal Procedure.

IT IS SO ORDERED.

THUS DONE in Chambers on this 8th day of September, 2026.

Carol B. Whitehurst
United States Magistrate Judge